ORIGINAL

October 13, 2008

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC - 2 2008

CLERK, U.S. DISTRICT COURT
By_____
        Deputy
```

To:  Clerk, US District Court
     for the Northern District of Texas
     Dallas Division

From: Ronald C. Pearson

Subject: completion of summons forms   Re: 3:08-CV-1985-B(BH)

Dear Clerk:

     Please note that the summons forms submitted (for service
by the US Marshal's Office) are not signed and dated by the clerk.
I am a federal inmate and so could not come to the federal courthouse
to obtain stamped and dated summons forms prior to filing the
enclosed lawsuit.

     Please sign and date the enclosed summons forms prior to
service of summons and complaint by the US Marshal's office upon
the various defendants.

     Please advise any service fees and they will be promptly paid.

                              Respectfully submitted,

                              Ronald C. Pearson

                              Ronald C. Pearson
                              Reg. No. 36037-177
                              Federal Correctional Inst.
                              PO Box 9000
                              Seagoville, TX 75159-9000

Dear Clerk,

I hate to trouble you with this additional request, but I need a copy of Page 5(A) that was included with my "2255 Motion"

It is quite important that I receive this as soon as possible — at your earliest convenience.

Respectfully,

Ronald C. Pearson
#36037-177
F.C.I.
P.O. Box 9000
Seagoville, TX
75159-9000

Ronald E. Pearson
#36037-177
F.C.I
P.O. Box 9000
Seagoville, TX
75159-9000

Ref: Case No. 3:08-CV-1985-B (BH)

District Court Clerk
Earle Cabell Federal Bldg.
1100 Commerce St., # 1452
Dallas, TX
75242-1495

RECEIVED
DEC   2011

DALLAS TX PROC 752
MON 01 DEC 2008
Time: 20:42:41