Honorable Jane L. Boyle
U.S. District Judge
Northern District of Texas
Dallas Division

RE: Order Dated 12/8/08
    Case No. 3:08-CV-1885-B



Dear Judge Boyle,

    First, let me apologize as I honestly thought that I included the summons forms in my original mailing to the Clerk's office.

    On seperate cover, I have now tendered the necessary forms to the Clerk. Once the Clerk has returned the signed, sealed forms to me, I will attempt service by certified mail under Rule 4(i)(2).

    Thank you for your attention to this important matter.

Sincerely,

Ronald C. Pearson
#36037-177
F.C.I.
P.O. Box 9000
Seagoville TX 75159