IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD C. PEARSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:08-CV-1885-B (BH) |
| | § | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, Plaintiff's *Verified Motion and Request for In Camera Review of Materials Sought in Discovery* (docket #17) is hereby **DENIED**. Defendants are hereby **ORDERED** to produce a Vaughn Index as described in *Vaughn v. Rosen*, 484 F.2d 820, 827-28 (D.C. Cir. 1973) of the requested documents for review by the District Court no later than 60 days from entry of this order.

SIGNED this 26th day of May, 2009.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE